1022

[No. 19060-9-III.   Division Three.   November 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY R. LLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-01482-9, Neal Q. Rielly, J., entered January 13, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18152-9-III.   Division Three.   November 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE F. RODRIGUEZ GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00692-1, Vic L. VanderSchoor, J., entered January 11, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18955-4-III.   Division Three.   November 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GAVIN PATRICK RITZLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01731-6, Linda G. Tompkins, J., entered December 2, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18923-6-III.   Division Three.   November 9, 2000.]

DARREL W. SAUDER, ET AL., *Appellants*, v. LEE DUBAY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-05013-4, Michael E. Donohue, J., entered November 15, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.